IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-00981-REB-OES

GREGORY B. BORGES,

Plaintiff(s),

vs.

TITAN INDEMNITY COMPANY,

Defendant(s).

## PROTECTIVE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 14, 2005

THIS MATTER having come before the Court on the parties' Stipulated Motion for Protective Order, and the Court being fully advised of the premises, hereby

ORDERS AND DECREES as follows:

1. The Court finds that good cause exists for issuance of a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

2. David A. Richman, M.D. is hereby ordered to produce the following documents at Plaintiff's expense:

    a.    Dr. Richman's file regarding Gregory B. Borges, not including copies of the medical records provided to Dr. Richman.

    b.    A copy of Dr. Richman's time and billing records regarding Gregory B. Borges.

      c.     A schedule summarizing the amount and percentage of income received by Dr. Richman for the years 2003 and 2004 as a result of his performance of independent medical exams or his preparation for and/or attendance at depositions or trial.

      d.     Copies of the last 20 independent medical examination reports done by Dr. Richard prior to January 20, 2005, provided that Dr. Richman shall made a good faith effort to redact from these reports all patient identifiable health information, as that term is used in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Plaintiff shall reimburse Dr. Richman for staff time spend redacting the reports to remove patient identifiable information at the rate of $25 per hour.

3. In order to ensure that the production of the information set forth in paragraph 2, above, does not violate HIPAA, it is hereby ORDERED that all such information shall be produced pursuant to the following Protective Order:

      a.     The parties hereby are prohibited from using or disclosing the documents produced by Dr. Richman for any purpose other than for use in this litigation; and

      b.     The parties hereby are ORDERED to return to Dr. Richman (in care of his counsel) the original and all copies of the documents produced by Dr. Richman pursuant to paragraph 2, above, at the end of this litigation.

4. The above-referenced documents shall be produced within 10 days from the date of this Order.

Dated at Denver this day of July 14, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
U.S. Magistrate Judge