IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-00981-REB-OES

GREGORY B. BORGES,

Plaintiff(s),

vs.

TITAN INDEMNITY COMPANY,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 29, 2005

On oral motion of counsel, the pretrial conference of September 7, 2005, is VACATED and RESET to **November 8, 2005**, at the hour of 9:00 a.m.