**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0981-REB-OES

GREGORY B. BORGES,

    Plaintiff,

v.

TITAN INDEMNITY COMPANY,

    Defendant.

---

## MINUTE ORDER

---

    Defendant's Motion for Leave to File Motion in Excess of 15 pages [#127], filed on September 29, 2005, is GRANTED and the Motion for Protective Order, to Compel the Resumption of the Deposition of Saul R. Sarney, and for Sanctions [#128], is accepted for filing.

Dated:  September 16, 2005
-------------------------------------------------------------------------------------------------------------------