IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-00981-REB-OES

GREGORY B. BORGES,

Plaintiff(s),

vs.

TITAN INDEMNITY COMPANY,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 12, 2005

Defendant's Unopposed Motion to Extend Certain Deadlines and to Vacate Pretrial Conference [filed October 11, 2005, Document 145] is GRANTED.  The following dates and deadlines shall now be in effect.

- Discovery deadline                                          November 18, 2005

- Dispositive motions and motions with respect to expert witnesses

  December 2, 2005

- The pretrial conference of October 27, 2005, is VACATED and RESET to **November 28, 2005**, at the hour of 9:30 a.m.