IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-00981-REB-OES

GREGORY B. BORGES,

Plaintiff(s),

vs.

TITAN INDEMNITY COMPANY,

Defendant(s).

ORDER APPOINTING SPECIAL MASTER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 18, 2005

     A Special Master is hereby appointed for the purpose of supervising any future depositions that may take place in this case.  The Special Master is being appointed to assist the parties in completing their depositions, and shall act the same as a judge would act if a judge was monitoring the depositions.  The Special Master shall have the authority to rule upon any objections that are offered, and shall have the authority to allow a witness to not answer any questions, or to direct a witness to answer.

     The Special Master shall have the authority to monitor and control the behavior of counsel.  In the event that counsel fail or refuse to abide by the directions or instructions of the Special Master, he or she is directed to make recommendations to this court as to an appropriate action to take, including recommendations that a deposition be cancelled and/or that a party not be permitted to complete a deposition that it has attempted; that a witness for a party be stricken; that a claim or defense be

stricken; and any other recommendation that to the Special Master seems appropriate in the circumstances.

Counsel for the parties are directed to meet and confer in an effort to agree upon the identity of a person to act as special master. If the parties are unable to agree, counsel are directed to contact me, and I will appoint a person.

At this time, the parties are directed to split the costs that will be incurred for the retention and services of the special master. At a later date, I will enter an order that either leaves the present arrangement in place, or directs one party to pay the costs of the special master.

Dated at Denver, Colorado, this day of: October 18, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge