IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-0981-REB-OES

GREGORY B. BORGES,

Plaintiff,

v.

TITAN INDEMNITY COMPANY,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2005

GREGORY C. LANGHAM
CLERK

---

### ORDER

---

THIS MATTER having come before the Court on Defendant Titan Indemnity Company's Unopposed Motion to Permit Possession and Use of Recording Devices in United States Courthouse at Deposition of Saul Sarney, and the Court being fully advised of the premises, hereby

ORDERS AND DECREES as follows:

Defendant Titan Indemnity Company will take the deposition upon oral examination of Saul R. Sarney, at the Alfred A. Arraj United States Courthouse (Jury Room for Magistrate Judge O. Edward Schlatter), 901 19th Street, Denver, Colorado, on Tuesday, October 25, 2005, beginning at 10:00 a.m. As requested, the deposition will be recorded by audiotape, videotape and stenographic means before a special master and a Notary Public and Certified Shorthand Reporter and will continue from day to day until completed.

Dated at Denver this 21st day of October, 2005.

BY THE COURT:

*[signature]*

O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado