**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0981-REB-OES

GREGORY B. BORGES,

    Plaintiff,

v.

TITAN INDEMNITY COMPANY,

    Defendant.

## MINUTE ORDER

    Defendant Titan Indemnity Company's Motion for Partial Summary Judgment [#182] and Defendant Titan Indemnity Company's Brief in Support of its Motion for Partial Summary Judgment [#183], both filed December 2, 2005, are STRICKEN for failure to comply with REB Civ. Practice Standard V.H.3.b.  Defendant shall have until **December 12, 2005**, in which to re-file their motion for partial summary judgment in compliance this practice standard.

    IT IS FURTHER ORDERED that Titan Indemnity Company's Motion to File Brief and Motion in Excess of Page Limitation [#184], filed on December 2, 2005, is DENIED as moot.

Dated:  December 6, 2005

-----------------------------------------------------------------------------------------------------------------