# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-00981-REB-MEH

GREGORY B. BORGES,

    Plaintiff,

v.

TITAN INDEMNITY COMPANY,

    Defendant.

## ORDER

**Blackburn, J.**

On February 23, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#218]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#218], filed on February 23, 2006, is **APPROVED**;

2. That all claims by plaintiff against defendant **ARE DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for February 24, 2006, is **VACATED**;

4. That the jury trial set to commence February 27, 2006, is **VACATED**;

5. That by separate order the court has granted plaintiff's unopposed **Petition**

**To Approve The Establishment of The Borges Qualified Settlement Fund** [#217] filed February 22, 2006;

     5.  That any other pending motion is **DENIED** as moot; and

     6.  That the court retains jurisdiction for the limited purpose of administering the Borges Qualified Settlement Fund .

Dated February 23, 2006, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**