IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  04-cv-00981-REB-MEH

GREGORY B. BORGES,

    Plaintiff,

vs.

TITAN INDEMNITY COMPANY,

    Defendants.

**ORDER APPROVING THE ESTABLISHMENT OF THE
BORGES QUALIFIED SETTLEMENT FUND**

    The matter before the Court is plaintiff's unopposed Petition To Approve the Establishment of the Borges Qualified Settlement Fund [#217] filed February 22, 2006. The petition is granted.

    THEREFORE, IT IS ORDERED as follows:

    1.    The Court grants the petition [#217] and approves the establishment of the Borges Qualified Settlement Fund in conformity with the Fund Agreement, which is attached as Exhibit 1 to the petition and which is incorporated herein.  The terms of the Fund shall be executed and implemented forthwith and the Fund shall be governed by the provisions of the regulations that accompany section 468B of Title 26 of the United States Code.

    2.    The Court orders that on settlement Defendant Titan Indemnity Company shall transfer forthwith the settlement proceeds in it's entirety to the Borges Qualified Settlement Fund and that these sums be immediately invested in an interest bearing account.  The Court shall have continuing jurisdiction of the Fund and distributions will only be made with Court approval.

        3.      The Court notes that the Defendant Titan Indemnity Company wants assurance that the contribution set forth above will result in a full and complete release of the Defendant Titan Indemnity Company from any further liability in this matter.  The Court therefore orders that on receipt by Golden Fiduciary Services, LLC, Trustee of the Borges Qualified Settlement Fund, of the total settlement proceeds from Titan Indemnity Company, the releases executed by the Plaintiffs shall be incorporated in this Order as if fully set forth herein.  In addition, and without limiting the application of the terms of that release, the Court orders that, upon receipt by Golden Fiduciary Services, LLC, Trustee of the Borges Qualified Settlement Fund of the settlement proceeds from Titan Indemnity Company, the Defendant Titan Indemnity Company shall be fully and completely released.  Such full and complete release shall include all matters arising after such receipt including, but not limited to, the investment, management, and treatment of such lump-sum payments by the Trustee as well as any liability arising out of any structured settlements that may be entered into among the Trustee and one or more of the Plaintiffs and/or their counsel.

        4.      The funds are to be deposited into an interest bearing account.

DATED THIS 24th  day of February, 2006.

**BY THE COURT:**

**s/ Robert E. Blackburn**
_____
**U.S. District Court Judge**